UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
May 9, 2007

IN RE: )
)
THOMAS, MICHELLE D. ) Case No. 07-10189-R
) (Chapter 7)
Debtor. )

## ORDER AUTHORIZING SALE

On this 9th day of May, 2007, the Motion for Authority to Sell Property of the Estate Free and Clear of all Liens, Claims, Encumbrances and Interests [Mineral Interest] and the Notice of Motion for Authority to Sell Property filed April 10, 2007 (collectively, the "Motion") come on before the undersigned Judge. Upon reviewing the Motion and the other pleadings on file in this case, the Court finds as follows:

1. This matter is a "core" proceeding. 28 U.S.C. § 157 (b).

2. Proper notice of the Motion has been given and no objections have been filed.

3. Just and sufficient cause exists to grant the Motion authorizing the Trustee to sell the estate's interest in the assets more completely described as:

All mineral interest belonging to this estate, through the interest of this Debtor, reflected on Exhibit "A" attached hereto and made a part hereof, which are located in Roger Mills County, State of Oklahoma, and Beckham County, State of Oklahoma ("the "Property").

**IT IS THEREFORE ORDERED** that the Motion is granted and the Trustee is authorized to sell the estate's interest in the Property free and clear of all liens, claims, encumbrances and other interests, with such liens, claims, encumbrances and other interests, if any and to the extent valid, to attach to the proceeds of the sale, pursuant to 11 U.S.C. §363 and Bankruptcy Rule 6004 in accordance with the Motion.

722119.1:999914: 00014

**IT IS FURTHER ORDERED** that the sale process set forth in the Motion is approved and that the Trustee may close the sale of the Property and execute all necessary documents, without further notice.

*[signature]*

DANA L. RASURE, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

Steven W. Soulé, OBA #13781
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.
320 South Boston Avenue,  Suite 400
Tulsa, Oklahoma 74103-3708
(918) 594-0466
(918) 594-0505 - fax
ATTORNEYS FOR TRUSTEE

722119.1:999914: 00014

Case 07-10189-R   Document 26   Filed in USBC ND/OK on 05/09/07   Page 3 of 5
Case 07-10189-R   Document 20   Filed in USBC ND/OK on 04/10/2007   Page 3 of 5
Case 07-10189-R   Document 1   Filed in USBC ND/OK on 02/08/2007   Page 10 of 33

(BANKRUPTCY)    #1

## NOTICE OF SALE OF REAL PROPERTY

Notice is hereby given that pursuant to an order of the District Court-2nd Judicial District, Roger Mills County, Oklahoma, made and entered on the 11th day of July, 1989, in the matter of the Estate of Charles Kent Farni, deceased, Case No. P-89-11, the undersigned personal representative of said estate will sell at public auction to the highest bidder for cash, subject to confirmation of said District Court, on the 25th day of July, 1989, at 2:00 o'clock P.m., at the West front door of the Roger Mills County Courthouse at Cheyenne, Oklahoma, all of the right, title, interest and estate of said Charles Kent Farni, deceased, at the time of his death, and all right, title and interest his said estate has, by operation of law, or otherwise, acquired in and to the following described real property, to-wit:

*LEASED (3 yrs) MARCH-2005 & PRODUCING (REV. INT. .0439453)*

An undivided three-sixty-fourths (3/64) interest in and to the oil, gas and other minerals in and under and that may be produced from the East Half (E1/2) of Section Thirty-six (36), Township Fourteen (14) North, Range Twenty-three (23) West of the Indian Meridian, in Roger Mills County, Oklahoma, containing 320 acres, more or less, according to the U.S. Government Survey thereof (being an undivided 15 net acres of non-producing minerals)

*LEASED MARCH-2005 (3 yrs)*

An undivided one-thirty-second (1/32) interest in and to the oil, gas and other minerals in and under and that may be produced from the Northeast Quarter (NE1/4) of Section Thirty-five (35), Township Fourteen (14) North, Range Twenty-three (23) West I.M., in Roger Mills County, Oklahoma, containing 160 acres, more or less, according to the U.S. Government Survey thereof (being an undivided 5 net acres of non-producing minerals)

*unleased*

An undivided one-sixteenth (1/16) interest in and to Lots One (1) through Ten (10) and Seventeen (17) through Twenty-four (24) in Block Fifty (50) of the Original Town of Strong City, Roger Mills County, Oklahoma, according to the recorded plat thereof (including an undivided 0.1414 net acre of producing minerals in Section 24, Township 14 North, Range 23 West I.M.)

*Attachment No. 1*

EXHIBIT A

Case 07-10189-R   Document 26   Filed in USBC ND/OK on 05/09/07   Page 4 of 5
Case 07-10189-R   Document 20   Filed in USBC ND/OK on 04/10/2007   Page 4 of 5
Case 07-10189-R   Document 1   Filed in USBC ND/OK on 02/08/2007   Page 11 of 33

#2

**LEASED July-2006 (3 yrs)** — An undivided 12.1-acre interest in and to the oil, gas and other minerals in and under and that may be produced from Lots One (1), Two (2), Three (3) and Four (4), the Southeast Quarter of the Southwest Quarter (SE1/4SW1/4), the Southwest Quarter of the Southeast Quarter (SW1/4SE1/4) and the West Half of the East Half of the Northwest Quarter (W1/2E1/2NW1/4) of Section Thirty-one (31), Township Fourteen (14) North, Range Twenty-two (22) West I.M., in Roger Mills County, Oklahoma, containing 273.6 acres, more or less, according to the U.S. Government Survey thereof (being an undivided 12.1 net acres of non-producing minerals)

**LEASED July-2006 (3 yrs)** — An undivided three-thirty-seconds (3/32) interest in and to the oil, gas and other minerals in and under and that may be produced from the North Half of the Southeast Quarter (N1/2SE1/4), the Southeast Quarter of the Southeast Quarter (SE1/4SE1/4) and the Northeast Quarter of the Southwest Quarter (NE1/4SW1/4) of Section Thirty-one (31), Township Fourteen (14) North, Range Twenty-two (22) West I.M., in Roger Mills County, Oklahoma, containing 160 acres, more or less, according to the U.S. Government Survey thereof (being an undivided 15 net acres of non-producing minerals)

**Sold by Mother JUST bEFORE SHE DIED** — ~~An undivided one-thirty-sixth (1/36) interest in and to the oil, gas and other minerals in and under and that may be produced from the South Half of the South Half (S1/2S1/2) of Section Nine (9), Township Eleven (11) North, Range Twenty-three (23) West I.M., in Roger Mills County, Oklahoma, containing 160 acres, more or less, according to the U.S. Government Survey thereof (being an undivided 4.44 net acres of producing minerals)~~

**LEASED Oct. 06 (3 yrs)** — An undivided seven-two thousand forty-eighths (7/2048) interest in and to the oil, gas and other minerals in and under and that may be produced from the Northeast Quarter (NE1/4) of Section Sixteen (16), Township Eleven (11) North, Range Twenty-two (22) West I.M., in Beckham County, Oklahoma, containing 160 acres, more or less, according to the U.S. Government Survey thereof (being an undivided 0.546875 net acre of producing minerals)

Case 07-10189-R   Document 26   Filed in USBC ND/OK on 05/09/07   Page 5 of 5
Case 07-10189-R   Document 20   Filed in USBC ND/OK on 04/10/2007   Page 5 of 5
Case 07-10189-R   Document 1   Filed in USBC ND/OK on 02/08/2007   Page 12 of 33

#3

LEASED
Nov. ~2006

3 yrs.

{ An undivided seven-two thousand forty-eighths (7/2048) interest in and to the oil, gas and other minerals in and under and that may be produced from the Northeast Quarter (NE1/4) of Section Twenty-one (21), Township Eleven (11) North, Range Twenty-two (22) West I.M., in Beckham County, Oklahoma, containing 160 acres, more or less, according to the U.S. Government Survey thereof (being an undivided 0.546875 net acre of producing minerals) }

/s/
Charles Kent Farni,
Personal Representative

JAMES R. WRIGHT, JR.
Cornell, Wright & Tisdal
Attorneys for Personal Representative
Clinton and Cheyenne, Oklahoma