UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

IN RE: )
)
THOMAS, MICHELLE D. ) Case No. 07-10189-R
) (Chapter 7)
Debtor. )

### TRUSTEE'S CLOSING REPORT AND
### APPLICATION FOR FINAL DECREE AND TRUSTEE'S DISCHARGE

The Trustee of the above captioned case certifies to the Court, the United States Trustee and all other parties in interest that this estate has been fully administered. The Trustee represents that this estate had total receipts of $7,372.48, distributed as follows:

#### FEES AND EXPENSES:

| | |
|---|---|
| $ 1,487.25 | Trustee Compensation |
| $    53.16 | Trustee Expenses |
| $   757.00 | Fee for Attorney for Trustee |
| $    77.32 | Expenses for Attorney for Trustee |
| $   357.50 | Other Professional Fees (Including Fee for Attorney for Debtor) |
| $ | Other Professional Expenses |

#### DISTRIBUTIONS:

| | |
|---|---|
| $ | Secured Creditors |
| $ | Priority Creditors |
| $ 4,640.25 | Unsecured Creditors |
| $ | Equity Security Holders |
| $ | Other Distributions (Including Unclaimed Funds) |

A copy of the Cash Receipts and Disbursements Record (Form 2) is attached. Pursuant to FRBP 5009 and 11 U.S.C. § 322 and § 350, the Trustee requests that the Court discharge the Trustee of any further duties in the above-captioned case.

HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON

DATE: January 14, 2008.

By: _____
STEVEN W. SOULE, Trustee
320 S. Boston Ave., Suite 400
Tulsa, Oklahoma 74103-3782
(918) 594-0400
(918) 594-0505 (Facsimile)
ssoule@hallestill.com

810222.1:733626:00120

REVIEWED BY U.S. TRUSTEE

    The United States Trustee has reviewed the Final Account; the Certification that the Estate has been Fully Administered; and, the Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999, and has no objections to the Trustee's certification that the estate has been fully administered and is ready to close.

Dated: January 14, 2008.

                                        s/ Katherine Vance
                                        Katherine Vance, Assistant U.S. Trustee

Doc#: 179347 Ver#:1 733626:01314
810393.1:733626:00120

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 07-10189 -R | Trustee Name: | STEVEN W. SOULE', TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | THOMAS, MICHELLE D. | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******1368 | Account Number / CD #: | *******5207 Money Market - Interest Bearing |
| For Period Ending: | 01/11/08 | Blanket Bond (per case limit): | $ 15,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/05/07 | 1 | GEORGE G. VAUGHT, JR. | PAYMENT ON ASSET | 1110-000 | 250.00 | | 250.00 |
| 04/12/07 | 14 | CONOCOPHILLIPS COMPANY | POST-PETITION PRODUCTION | 1223-000 | 113.92 | | 363.92 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.20 | | 364.12 |
| 05/29/07 | 1 | GEORGE G. VAUGHT, JR. | PAYMENT ON ASSET | 1110-000 | 7,000.00 | | 7,364.12 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.49 | | 7,364.61 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.05 | | 7,370.66 |
| 07/10/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.82 | | 7,372.48 |
| 07/10/07 | | Transfer to Acct #*******5566 | Final Posting Transfer | 9999-000 | | 7,372.48 | 0.00 |

```
                               COLUMN TOTALS             7,372.48     7,372.48
                               Less: Bank Transfers/CD's     0.00     7,372.48
                               Subtotal                  7,372.48         0.00
                               Less: Payments to Debtors                  0.00
                               Net                       7,372.48         0.00
```

Page Subtotals  7,372.48  7,372.48

Ver: 12.60a

LFORM24

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 07-10189 -R | Trustee Name: | STEVEN W. SOULE', TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | THOMAS, MICHELLE D. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5566 Checking - Non Interest |
| Taxpayer ID No: | *******1368 | | |
| For Period Ending: | 01/11/08 | Blanket Bond (per case limit): | $ 15,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/10/07 | | Transfer from Acct #*******5207 | Transfer In From MMA Account | 9999-000 | 7,372.48 | | 7,372.48 |
| 10/23/07 | 000001 | STEVEN W. SOULE, TRUSTEE | PER COURT ORDER OF 10/10/07 PAYMENT OF TRUSTEE COMPENSATION | 2100-000 | | 1,487.25 | 5,885.23 |
| 10/23/07 | 000002 | STEVEN W. SOULE, TRUSTEE | PER COURT ORDER OF 10/10/07 PAYMENT OF TRUSTEE EXPENSES | 2200-000 | | 53.16 | 5,832.07 |
| 10/23/07 | 000003 | HALL, ESTILL ET AL. | PER COURT ORDER OF 10/10/07 PAYMENT OF ATTORNEY FOR TRUSTEE FEES | 3110-000 | | 757.00 | 5,075.07 |
| 10/23/07 | 000004 | HALL, ESTILL ET AL. | PER COURT ORDER OF 10/10/07 PAYMENT OF TRUSTEE EXPENSES | 3120-000 | | 77.32 | 4,997.75 |
| 10/23/07 | 000005 | EARL WALTERS, C.P.A. 2700 N. HEMLOCK SUITE 111-F BROKEN ARROW, OK 74012 | PER COURT ORDER OF 10/10/07 PAYMENT OF ACCOUNTANT FOR TRUSTEE FEES | 3410-000 | | 357.50 | 4,640.25 |
| 10/23/07 | 000006 | Discover Bank/Discover Financial Services PO Box 3025 New Albany OH 43054-3025 | PER COURT ORDER OF 10/10/07 PAYMENT OF UNSECURED CLAIM | 7100-000 | | 687.74 | 3,952.51 |
| 10/23/07 | 000007 | St. Johns Medical Center, Inc. d/b/a MEDPAC PO Box 521012 Tulsa, OK 74152 | PER COURT ORDER OF 10/10/07 PAYMENT OF UNSECURED CLAIM | 7100-000 | | 1,497.70 | 2,454.81 |
| 10/23/07 | 000008 | LVNV Funding LLC its successors and assigns as assignee of Citi Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | PER COURT ORDER OF 10/10/07 PAYMENT OF UNSECURED CLAIM | 7100-000 | | 2,454.81 | 0.00 |

Page Subtotals   7,372.48   7,372.48

Ver: 12.60a

LFORM24

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-10189 -R | Trustee Name: | STEVEN W. SOULE, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | THOMAS, MICHELLE D. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5566 Checking - Non Interest |
| Taxpayer ID No: | *******1368 | | |
| For Period Ending: | 01/11/08 | Blanket Bond (per case limit): | $ 15,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,372.48 | 7,372.48 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 7,372.48 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,372.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 7,372.48 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - ********5207 | 7,372.48 | 0.00 | 0.00 |
| Checking - Non Interest - ********5566 | 0.00 | 7,372.48 | 0.00 |
| | 7,372.48 | 7,372.48 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00